APRIL TWENTY FOUR OF 2008.
COURTNEY COBAIN LOVES, NIXON'S ROCK AND ROLL
(PAGE NUMBER THREE OF FOUR PAGES)   #3
04/24/2008

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OF FEES AND AFFIDAVIT

RECEIVED
APR 24 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # MS. LATISHA M. REED
4.- I AM THE PLAINTIFF, UNDER 28 USC 1915 I AM UNABLE TO PAY THE COSTS OF THIS COMPLAINT.
5.- ARE YOU INCARCERATED # YES
6.- IF YES WHERE # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977.
7.- ARE YOU EMPLOYED THERE # NO
8.- DID YOU RECEIVE ANY MONEY FROM THAT PRISON # NO
9.- NAME AND ADDRESS OF LAST EMPLOYER # MR. SAMMY CONGO, AT CONGO FUNERAL HOME, 2901 W. 2ND ST., WILMINGTON DE. 19805, OR AT PETRUCON, 100 NORTH, CLEVELAND AE., WILMINGTON DE. 19805.
10.- MONTHLY SALARY RECEIVED # $ 16,00 OR 2,000.
11.- LAST DAY EMPLOYED # OCT. OR NOV. OF 2000.
12.- LAST PAYMENT OF SALARY RECEIVED # $ 16,00 OR 2,000.
13.- HAVE YOU RECEIVED ANY MONEY ON THE LAST YEAR PERIOD # NO
14.- DO YOU HAVE CASH OR ANY ACCOUNT # NO
15.- DO YOU OWN ANY PROPERTY # NO
16.- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # WHAT IS LEFT OF MY FAMILY.
17.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
18.- DATE # 04/24/2008.
19.- SIGNATURE # IVAN MENDEZ

(PLEASE TURN THIS PAGE TO THE OTHER SIDE)

U.S. District Court
For the District of Delaware.
Motion to Proceed in Forma Pauperis.

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # MS. LATISHA M. REED.
4.- COMES NOW THE PLAINTIFF AND RESPECTFULLY REQUESTS THIS HONORABLE COURT TO ALLOW THEM TO PROCEED WITHOUT PREPAYMENTS OF COSTS FOR THE FOLLOWING REASONS # FOR ANOTHER CIVIL RIGHTS COMPLAINT.
5.- SIGNATURE # IVAN MENDEZ
6.- ADDRESS # D.C.C. 1181 PADDOCK ROAD, SMYRNA DE, 19977
7.- I CERTIFY THAT A COPY OF THE ABOVE WAS MAILED POSTAGE PREPAID ON # 04/24/2008
8.- TO # U.S. DISTRICT COURT
9.- NAME # U.S. DISTRICT COURT
10.- ADDRESS # 844 NORTH, KING STREET, LOCKBOX # 18, WILMINGTON DE, 19801
11.- WRITTE THE REASONS WHY THE COURT SHOULD GRANT YOUR MOTION AND INCLUDE COURT RULES, LAWS AND CASES IF ANY THAT SUPPORT YOUR REASONS # BECAUSE AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS, WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS, FROM YOU, WASHINGTON D.C., PENSYLVANIA, AND FROM ALL OF THIS CRIMINAL ORGANIZATION

2.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
3.- DATE # 04/24/2008
4.- SIGNATURE # IVAN MENDEZ

(PLEASE TURN THIS PAGE TO PAGE NUMBER FOUR)

DREW BARRYMORE LOVES REAGAN'S ROCK AND ROLL
(PAGE NUMBER FOUR OF FOUR PAGES)   #4
          LAW LIBRARY
          GENERAL REQUEST FORM

BLDG. # S.H.U. #18
CELL # B6-3

| Legal Forms, Rules and Information Requested # | Quantity # |
|---|---|
| 42 USC 1983) CIVIL RIGHTS COMPLAINTS FORMS. | 5 |
| 28 USC 2254) HABEAS CORPUS PETITIONS. | 5 |
| 28 USC 2255) MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCES. | 5 |
| 148.200) REQUEST FOR MEDICAL RECORDS. | 10 |
| 0976) MOTION TO WITHDRAW A GUILTY PLEA. | 6 |
| 3306) JUSTICE OF THE PEACE (SMALL CLAIMS). | 7 |
| 28 USC 2101) WRIT OF CERTIORARI WHICH IS JURISDICTIONALLY OUT OF THE TIME. | 10 |
| 28 USC 1746) FORM OF DECLARATION. | 7 |
| APPLICATIONS WITHOUT PREPAYMENTS OF FEES FORMS). | 10 |
| APPLICATIONS IN FORMA PAUPERIS). | 10 |
| NOTICE OF APPEAL FORM). | 10 |
| COVER SHEET FORM). | 1 |
| MOTION FOR (LEAVE TO RULE FORM). | 8 |

    "THANK'S"

NAME # IVAN MENDEZ    S.B.I # 453351    DATE # 04/24/2008
DATE RECEIVED # _____ PAN TO LOG # _____
DATE SENT # _____ STAFF INITIALS # _____

STAFF NOTES # _____

(PLEASE TURN THIS PAGE TO THE OTHER SIDE)

D.C.C.

INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX MONTHS PERIOD.

To # MR. JOSEPH HUDSON
SUPPORT SERVICES MANAGER
D.C.C.
SMYRNA DE, 19977.

DATE # 04/24/2008

From # IVAN MENDEZ                          453351
       INMATE'S NAME #                      S.B.I #

——— I HEREBY CERTIFY ———

I AM REQUESTING A CERTIFIED STATEMENT OF MY ACCOUNT
FOR PAST SIX MONTHS, UNDER 28 USC 1915, (A), (2).

IVAN MENDEZ
   SIGNATURE #

28 USC 1746 AND 18 USC 1621


( PAGE NUMBER FOUR )