APRIL TWENTY FOUR OF 2008                04/24/2008

- ANNA NICOLE'S SMITH LOVES PINK FLOYD ON SEP. 11.
- PAGE NUMBER ONE OF FOUR PAGES.)        #1

U.S. DISTRICT COURT     08-243
FOR THE DISTRICT OF DELAWARE.
FORM TO BE USED BY A PRISONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983.

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # MS. LATISHA M. REED.
4.- JURISDICTION
5.- JURISDICTION IS PROPER IN THIS COURT ACCORDING TO # 42 USC 1983
6.- PLAINTIFF # IVAN MENDEZ
7.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977
8.= PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.
9.- LIST CAPTION AND CASE NUMBER OF YOUR PREVIOUS LAWSUITS # HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATION.

10.- IS THERE A PRISIONER GRIEVANCE # [YES]     NO
11.- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # [YES]     NO
12.- WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO
13.- WHAT WAS THE RESULTS # NEGATIVE, NO RESULTS AS YOU KNOW IT TOO, SAME AS U KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THESE ANSWERS.
14.= NAME OF DEFENDANTS # MS. LATISHA M. REED
15.- IS EMPLOYED A # ON THE YEAR OF 2000 AT WALMART OVER IN GEORGETOWN DELAWARE, AS YOU KNOW IT TOO.
16.- ADDRESS # N/A

1

( PLEASE TURN THIS FORM TO THE OTHER SIDE )

12.- CAUSE OF ACTION:

8.- STATE BRIEFLY THE FACTS OF YOUR CASE: HONORABLE MASTER, ▓▓▓ ... AS YOU KNOW IT TOO, ALL OF THE STATEMENTS, REPORTS, GROUNDS AND FACTS WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OR ALL OF MY LEGAL FORMS AND LETTERS, FROM YOU, WASHINGTON D.C., DELAWARE, PENSYLVANIA, AND FROM ALL OF THIS CRIMINAL ORGANIZATION, AS YOU KNOW IT TOO SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS, AND I'M RAISING ANOTHER LAWSUIT AGAINST MS. LATISHA M. REED, FOR ALL OF THE ASSAULTS, ROBBERIES, ABUSES, DAMAGES AND ATEMPTS TO KILL ME, ALONG WITH OTHER MEMBERS OF THIS CRIMINAL ORGANIZATION, OVER IN S.C.I, OVER IN D.P.C., OVER HERE ON D.C.C., AND SENDING SOME PEOPLE FROM GANDER HILL TO KILL ME, AS YOU KNOW IT TOO ALL ABOUT IT, SINCE WHEN I WAS OVER AT S.C.I. IN GEORGETOWN DELAWARE, AND AS YOU KNOW IT TOO ALL ABOUT IT, SO PLEASE MASTER DON'T FORGET THAT THE LAST TIME MS. LATISHA M. REED, ALONG WITH OTHER PEOPLE SEND SOMEONE TO HURT ME, ALONG WITH OTHER PEOPLE, WAS OVER HERE ON THIS BUILDING OF S.H.U. # 18, OF PROTECTIVE CUSTODY, WHOM THROW HIS URINE (PEED) AT MYSELF CAUSING THIS INFECTIOUS BLEEDING WOUNDS, AND THE REST OF HIS PEED HE THROW IT UNDER MY DOOR, AND AFTER DON'T FORGET THAT, MY MANDATORY TIME WAS DUE LAST YEAR ON THE # 12/23/2007, SAME MASTER DON'T FORGET THAT OVER HERE THEY DON'T GIVE ME NOTHING, MEDICAL ATENTION, MEDICATION, DIET TRAYS FOR MY LOST OF WEIGHT, CLOTHING, LAUNDRY SERVICE, WHEELCHAIR, COUNSELOR SERVICE, MENTAL HEALTH SERVICE, LAW LIBRARY OR ANYTHING JUST LIKE OVER ON D.P.C., AND OR AT S.C.I, AS YOU KNOW IT TOO ALL ABOUT IT, AS YOU KNOW IT TOO, THAT THEY DON'T GAVE ME NOTHING BECAUSE THEY CONSIDER MYSELF AN OLD WHITE AMERICAN COWBOY, (AS THEY CALL ME OLD WHITE RED NECK AS YOU KNOW IT TOO ALL ABOUT IT), EVEN THAT THEY TREAT ME WORST, WORST, WORST, WORST, BUT THEY REALLY TREAT ME WORST THAN HOW THEY TREAT THE OLD WHITE AMERICAN COWBOYS (ALSO CALLED OLD WHITE RED NECKS BY EVIL PEOPLE AS YOU KNOW IT TOO ALL ABOUT IT), SAME AS YOU KNOW IT TOO HOW THEY TREAT LIKE KINGS, OR BETTER THAN KINGS EVERYBODY ELSE, AS YOU

(PLEASE TURN THIS FORM TO PAGE NUMBER TWO)

BILL CLINTON LOVES, SCORPIONS ON LEWINSKY'S HOUSE.    #2
(PAGE NUMBER TWO OF FOUR PAGES)

KNOW IT TOO ALL ABOUT IT, AND THEY REWARD THEM FOR HURT ME, ABUSE ME, ASSAULT ME, DAMAGE ME, AND KILL ME, AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO THAT THEY REWARD THEM FOR HURT, ABUSE, ASSAULT, AND DAMAGE THE OLD WHITE AMERICAN COWBOYS TOO, AS YOU KNOW IT TOO ALL ABOUT IT, SO I'LL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE.

19.- INJURY.
20.- HOW HAVE YOU BEEN INJURED BY THE ACTION OR THE DEFENDANTS # PHYSICALLY, EMOTIONALLY, VERBALLY, PSYCHOLOGICALLY, AND IN MANY OTHER WAYS AS YOU KNOW IT TOO.
21.- REQUEST FOR RELIEF.
22.- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATION.
23.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
24.- DATE # 04/24/2008
25.- SIGNATURE # IVAN MENDEZ

P.S. MASTER PLEASE DON'T FORGET THE HONORABLE SARGEANTS #
MR. PAUL UNSWORTH,
MR. E. BURTON
MR. SEPP.
WHOM HELP ME SOMETIMES WITH PAPER, PENS, ENVELOPES, LEFTOVERS, SOAP, TOOTHPASTE.

"THANK'S"

(PLEASE TURN THIS PAGE TO THE OTHER SIDE)

I/M IVAN MENDEZ
SBI# 453351    UNIT S.H.U #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S
X-RAY

U.S. District Court
844 North King Street
LockBox #18
Wilmington Delaware
19801