MAY SIXTH OF 2008                                                05/06/2008
A≶DL. LOVES PAMELA ANDERSON
[ PAGE NUMBER ONE OF SIX PAGES ]                                      #I
                        U.S. DISTRICT COURT
                        FOR THE DISTRICT OF DELAWARE.           08-243(JJF)
                        FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
                        UNDER THE CIVIL RIGHTS ACT 42 USC 1983.

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 818-2001
3.- DEFENDANTS # MS. LATISHA M. REED.

**FILED**
**MAY - 8 2008**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

4.- JURISDICTION.
5.- JURISDICTION IS PROPER IN THIS COURT ACCORDING TO # 42 USC 1983
6.- PLAINTIFF # IVAN MENDEZ
7.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977
8.- PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.
9.- LIST CAPTION AND CASE NUMBER OF YOUR PREVIOUS LAWSUITS # HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATIONS, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, WASHINGTON D.C., DELAWARE, PENSYLVANIA, AND FROM ALL OF THIS CRIMINAL ORGANIZATION AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.
10.- IS THERE A PRISONER GRIEVANCE # YES
11.- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # YES
12.- WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO
13.- WHAT WAS THE RESULTS # NEGATIVE, NO RESULTS AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS TOO.
14.- NAME OF DEFENDANTS # MS. LATISHA M. REED.
( PLEASE TURN THIS FORM TO THE OTHER SIDE )

15.- EMPLOYER AS A # USED TO WORK AT WALMART STORE, OVER IN GEORGETOWN DELAWARE, ON THE YEAR OF 2000, AS YOU KNOW IT TOO ALL ABOUT IT.

16.- ADDRESS # AS YOU KNOW IT TOO ALL ABOUT IT.

17.- CAUSE OF ACTION.

18.-- STATE BRIEFLY THE FACTS OF YOUR CASE #, I'M RAISING UP ANOTHER ONE OF THE MANY, MANY LEGAL FORMS AGAINST MS. LATISHA M. REED, FOR SENDING PEOPLE TO KILL ME, ALONG WITH SOME OTHER MEMBERS OF THIS CRIMINAL ORGANIZATION, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SINCE WHEN I WAS OVER AT S.C.I. IN GEORGETOWN DE., AND PLEASE HONORABLE MASTER AS YOUR HONORABLE COURT KNOW IT TOO WHAT IS GOING ON OVER HERE TOO, AS YOU KNOW IT TOO, AT THEY DON'T CLOTH ME, DON'T WASH MY LAUNDRY, DON'T GAVE ME MEDICAL ATENTION, I AM ONLY WEIGHT 132 LBS., DON'T RECEIVE ATENTION OR HELP FROM THE COUNSELORS, STAFF, OR WARDEN, AND ALL BECAUSE THEY SAID THAT THEY DON'T GAVE ME NOTHING BECAUSE I AM AN OLD WHITE RED NECK COP, EVEN THAT THEY TREAT ME WORST, WORST, WORST BUT THEY TREAT ME REALLY WORST THAT IF I WAS ON OF THOSE GOOD HEARTED OLD WHITE AMERICAN COWBOYS, (ALSO CALLED DO WHAT RED NECKS BY EVIL PEOPLE AS YOU KNOW IT TOO ALL ABOUT IT), SAME AS YOU KNOW IT TOO THAT "MY MANDATORY TIME WAS DUE LAST YEAR ON DECEMBER TWENTY THREE OF 2007, 12/23/2007", SAME AS YOU KNOW IT TOO THAT I'M DISABLED, HURTED, FRACTURED, BROKEN AND DAMAGED OF SOME PARTS OF MY BODY AS A RESULT OF THAT NASTY "HIT AND RUN" OF WHICH I HAVE BEEN VICTIM BACK ON THE YEAR OF 1998, WHICH LEFT ME DISABLED, HURTED, FRACTURED, BROKEN OR DAMAGED OF SOME PARTS OF MY BODY AND WEARING THIS METTALLIC PINS, SCREWS AND METTALLIC PLATES THAT ARE HOLDING MY BROKEN BONES FROM MY KNEES TO MY ANKLES ON BOTH LEGS AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT

(PLEASE TURN THIS FORM TO PAGE NUMBER TWO)

MAY SIXTH OF 2008                                05/06/2008
Bill Clinton loves Anna Nicole's Smith.
[ PAGE NUMBER TWO OF SIX PAGES ]                  # II

SAME AS YOUR HONORABLE COURT KNOW IT TOO THAT YOU CAN SEE IT ON THE X-RAYS THAT DELAWARE CORRECTIONAL CENTER TOOK FROM MY HURTED, BROKEN, FRACTURED AND DAMAGED NECK AND HEAD AFTER BEING ASSAULTED ONCE AGAIN, THAT TIME BY MR. DONIE HAMPTON AND MR. SILVESTER DOBSON, OR AS YOU CAN SEE IT ON THE X-RAYS THAT DELAWARE PSYCHIATRIC CENTER SEND ME TO TAKE OVER TO ST. FRANCIS HOSPITAL IN WILMINGTON DE. AFTER BEING ASSAULTED ONCE AGAIN, THAT TIME BY MR. RONALD STEVENS, WHERE YOU CAN SEE THIS METALLIC PINS, SCREWS AND METALLIC PLATES THAT ARE HOLDING MY BROKEN BONES FROM MY KNEES TO MY ANKLES ON BOTH LEGS, AS THEY SEND ME TO TAKE THOSE X-RAYS ON 07/14/2004 AFTER BEING ASSAULTED ONCE AGAIN THAT TIME BY MR. RONALD STEVENS, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SAME AS YOU CAN SEE IT ON THE X-RAYS THAT DELAWARE ████████████ CORRECTIONAL CENTER TOOK FROM ME ON 04/21/2006, ONE DAY AFTER BEING ASSAULTED ONCE AGAIN THAT TIME BY MR. SCOTT HAROLD, ON 04/20/2006, WHERE YOU CAN SEE THIS METALLIC PINS, SCREWS AND METALLIC PLATES THAT ARE HOLDING MY BROKEN BONES FROM MY KNEES TO MY ANKLES ON BOTH LEGS, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SAME AS YOU CAN SEE IT ON THE X-RAYS THAT DELAWARE CORRECTIONAL CENTER TOOK FROM ME ON 02/22/200_ AS THEY TOOK X-RAYS FROM MY HURTED AND DAMAGED CERVICAL SPINE WHERE YOU CAN SEE THIS NASTY PAINFUL DISLOCATED DISCS ON MY HURTED AND DAMAGED CERVICAL SPINE, AND THEY TOOK X-RAYS FROM MY HURTED AND DAMAGED HIPS, WHERE YOU CAN SEE THE CRIPPLESSNES OF MY LEGS AND MY HURTED AND DAMAGED HIPS, AND THEY TOOK THE X-RAYS FROM MY FRACTURED, HURTED BROKEN AND DAMAGED RIBS, WHERE YOU CAN SEE THIS BALLS ON MY HURTED FRACTURED, BROKEN AND DAMAGED RIBS, AND ALSO THEY TOOK ANOTHER X-RAY FROM BOTH OF MY LEGS WHERE YOU CAN SEE THIS METALLIC PINS, SCREWS AND METALLIC PLATES THAT ARE HOLDING MY BROKEN BONES FROM MY KNEES TO MY ANKLES

( PLEASE TURN THIS FORM TO THE OTHER SIDE )

on both legs, as your Honorable Court know it too all about it, so please Honorable Master, as your Honorable Court know it too how some of this criminal organization soldiers C/Os, staff and inmates treat me over here on protective custody, like C/O B-Stephens, A. Dealife, (John Doe) (John Doe), and the staff tried to force me to go upstairs to take a shower, harrassed me, calling me Taliban knowing that I am a Mormon L.D.S, call me dog "puppy", and do all kind of crap to myself, same as your Honorable Court know it too, now on 04/16/2008, Nurse Ms. Jane Doe, and C/O Hastings, came to my cell and don't gave me my medication painkillers because they said that I am an old white red neck, same as on the 05/04/2008 early morning and afternoon, and on 05/05/2008, early on the morning the Nurse Ms. Jane Doe, came by and don't gave me nothing because as she told to the inmates and C/Os because I am just an old white red neck cop, even that they treat me worst, worst, worst, worst, but worst that if I was one of those old white American cc boys, as your Honorable Court know it too all about it, same as you know it too that they don't gave me a wheelchair because they said that I am an old white red neck, same as you know it too now the Honorables, Lt. John Doe, Lt. Seacord, Counselor Ms. Johnson, Counselor Mr. Thomas Aiello and Counselor Ms. Linda Kemp, and the Warden Mr. Thomas Carroll and other people are trying to take me out from protective custody to accomplish this criminal organization nasty set up conspiracy and widely spread it plot to kill me, just like when I was over here on this same building of protective custody on this same tier on cell upper eleven after being assaulted once again that time by Mr. James Ms, as your Honorable Court know it too now the Honorables Lt. Seacord, Counselor Ms. Maritza McFadden, Ms. Ruth Ann Minner, Mr. Tom Carper, Ms. Carisma M. Reed, Mr. Thomas Carroll, and other people and parties took me out from protective custody and sent me back over to medium security at C-Bing, trying to accomplish the

(please turn this page to page number three)

MAY SIXTH OF 2008                                05/06/2008

COURTNEY COBAIN LOVES KURT COBAIN.              #III

[PAGE NUMBER THREE OF SIX PAGES]

NASTY SET UP CONSPIRACY AND WIDELY SPREAD IT PLOT TO KILL ME, AND ALMOST GOT KILLED ONCE AGAIN, THAT TIME BY MR. COREY WASHINGTON, MR. SILVESTER DOBSON AND THEIR FRIENDS AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SAME AS YOUR HONORABLE COURT KNOW IT TOO HOW THE LAST TIME MS. LATISHA M. REED, MENTAL HEALTH, MR. BODMAN FAUTY, MS. ELIZABETH McFARLAN, AND OTHER PARTIES, SEND SOMEBODY TO HURT ME SUCH AS A SOLDIER (INMATE), WAS ON 2006, ON THIS SAME BUILDING WHERE I AM, AS YOU KNOW IT TOO HOW THAT EVIL INMATE CAME OUT FROM HIS CELL IN HANDCUFFS, AND THE C/O MR. JOHN DOE, BROUGHT HIM TO THE FRONT OF THE SHOWER FOR DISABLED PEOPLE AND TOLD ME WHOM SEND HIM TO KILL ME WHETHER IN HERE OR IN POPULATION, AND THE C/O WALKED HIM TO THE YARD AND WHEN THE C/O OPENED THE SHOWER DOOR FOR ME TO WALK BY MYSELF TO MY CELL I WALKED BUT THE C/O DON'T OPENED MY CELL'S DOOR AND THE INMATE THROW HIS URINE (PEE) AT MYSELF FROM A SHAMPOO BOTTLE, AND AFTER HE WET ME WITH HIS URINE (PEE) THE C/O FROM THE BUBBLE OPENED MY DOOR, AND WHEN THE INMATE COMEBACK TO HIS CELL HE THROW THE REST OF HIS PEE (URINE) UNDER MY DOOR, AND HIS PEE (URINE) CAUSED THIS INFECTIOUS WOUNDS BLEEDING AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, SO PLEASE HONORABLE MASTER, AS YOUR HONORABLE COURT KNOW IT TOO ALSO THAT MY N AND ATOMY TIME WAS DUE LAST YEAR ON 12/28/2007 SO I'LL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE, AND PLEASE MASTER DON'T FORGET HOW MANY C/O'S, SARGEANTS AND STAFF AND INMATES, MS. LATISHA M. REED, AND OTHER PARTIES HAVE SEND IT FROM THE PRISON OR GANDER HILL TO KILL ME, AND ACCOMPLISH THIS NASTY SET UP CONSPIRACY, AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT.

19.- INJURY

(PLEASE TURN THIS FORMA TO THE OTHER SIDE)

20.- HOW HAVE YOU BEEN INJURED BY THE ACTION OF THE DEFENDANTS# PHYSICALLY, EMOTIONALLY, VERBALLY, PSYCHOLOGICALLY AND IN MANY OTHER WAYS, AS YOU KNOW IT TOO ALL ABOUT IT.

21.- REQUEST FOR RELIEF.

22.- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU# HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATION.

23.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

24.- DATE # 05/06/2008

25.- SIGNATURE # IVAN MENDEZ

P.S. PLEASE HELP ME TO OBTAIN AT LEAST SOME OF THE FORMS REQUESTED ON THE GENERAL REQUEST FORM, AS YOU KNOW IT TO WHAT IS GOING ON WITH THE GRIEVANCE CHAIRPERSON TOO, JUST LIKE EVERYBODY ELSE OVER HERE AS YOU KNOW IT TOO ALL ABOUT IT.

(PLEASE TURN THIS PAGE TO PAGE NUMBER FOUR)



I/M IVAN MENDEZ
SBI# 453351    UNIT S.H.U. #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 North King Street X-R
Lockbox #18
Wilmington Delaware
19801