MAY SIXTH OF 2008                                    05/06/2008
DREW BARRYMORE LOVES MEGADETH.
[PAGE NUMBER FOUR OF SIX PAGES]                      #IV

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
APPLICATION TO PROCEED WITHOUT        08-243
PREPAYMENTS OF FEES AND AFFIDAVIT.

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # Ms. LATISHA M. REED.

FILED
MAY -8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
AD scanned

4.- I AM THE PLAINTIFF UNDER 28 USC 1915 I AM UNABLE TO PAY THE COSTS OF THIS COMPLAINT.
5.- ARE YOU INCARCERATED # YES
6.- IF YES WHERE # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977
7.- ARE YOU EMPLOYED THERE # NO
8.- DID YOU RECEIVE ANY MONEY FROM THAT PRISON # NO
9.- NAME AND ADDRESS OF LAST EMPLOYER # MR. SAMMY CONGO, AT CONGO FUNERAL HOME, 2901 W. 2ND. ST. WILMINGTON DE. 19805 OR AT PETROCON, 100 N. CLEVELAND AVE., WILMINGTON DE., 19805.
10.- MONTHLY SALARY RECEIVED # $ 16,00 OR 2,000.
11.- DATE LAST EMPLOYED # OCT. OR NOV. OF 2000.
12.- LAST PAYMENT OF SALARY RECEIVED # $ 16,00 OR 2,000.
13.- HAVE YOU RECEIVED ANY MONEY WITHIN THE LAST YEAR PERIOD # NO
14.- DO YOU HAVE CASH OR ANY ACCOUNT # NO
15.- DO YOU OWN ANY PROPERTY # NO
16.- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # WHAT IS LEFT OF MY FAMILY.

(PLEASE TURN ...)

17.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT

18.- DATE # 05/06/2008

19.- SIGNATURE # IVAN MENDEZ

(Please turn this form to page number five)

MAY SIXTH OF 2008                                    05/06/2008
[ELTHON EVAN LOVES MOTORHEAD
 PAGE NUMBER FIVE OF SIX PAGES]                      # V
                        U.S. DISTRICT COURT
                        FOR THE DISTRICT OF DELAWARE.
                        MOTION TO PROCEED IN FORMA PAUPERIS.

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # MS. LATISHA M. REED.

4.- COMES NOW THE PLAINTIFF AND RESPECTFULLY REQUESTS THIS HONORABLE COURT TO ALLOW THEM TO PROCEED WITHOUT PREPAYMENTS OF COSTS FOR THE FOLLOWING REASONS # FOR ANOTHER CIVIL RIGHTS COMPLAINT

5.- SIGNATURE # IVAN MENDEZ
6.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977.
7.- I CERTIFY THAT A COPY OF THE ABOVE WAS MAILED POSTAGE PREPAID ON # 05/06/08
8.- TO # U.S. DISTRICT COURT
9.- NAME # U.S. DISTRICT COURT
10.- ADDRESS # 844 NORTH KING STREET, LOCKBOX 18, WILMINGTON DE. 19801.
11.- WRITE THE REASONS WHY THE COURT SHOULD GRANT YOUR MOTION AND INCLUDE COURT RULES, LAWS AND CASES IF ANY THAT SUPPORT YOUR REASONS # BECAUSE AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, WASHINGTON D.C., DELAWARE, PENSYLVANIA AND FROM ALL OF THIS CRIMINAL ORGANIZATION.
12.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
13.- DATE # 05/06/2008
14.- SIGNATURE # IVAN MENDEZ
                ( PLEASE TURN THIS PAGE TO THE OTHER SIDE )

MAY SIXTH OF 2008  05/06/2008

[FIREHOUSE LOVES KRISTA ALLEY]
[PAGE NUMBER SIX OF SIX PAGES]

LAW LIBRARY
GENERAL REQUEST FORM.

#VII

BLDG. # S.H.U. # 18
CELL # 86-3

| LEGAL FORMS, RULES AND INFORMATION REQUESTED # | QUANTITY # |
|---|---|
| (42 USC 1983), CIVIL RIGHTS COMPLAINTS FORMS. | 10 |
| (28 USC 2254), HABEAS CORPUS PETITIONS. | 10 |
| (28 USC 2255), MOTIONS TO VACATE, SET ASIDE, OR CORRECT SENTENCES. | 10 |
| (146 200), REQUESTS FOR MEDICAL RECORDS. | 10 |
| (766-147), U.S. MARSHAL FORMS. | 10 |
| (38 1951), POWER OF ATTORNEY FORMS. | 10 |
| (0976), MOTION TO WITHDRAW A GUILTY PLEA (SMALL CLAIMS). | 10 |
| (28 USC 2101), WRIT OF CERTIORARI WHICH IS JURISDICTIONALLY OUT OF TIME. | 10 |
| (28 USC 1746), FORM OF DECLARATION. | 10 |
| (APPLICATIONS WITHOUT PREPAYMENTS OF FEES). | 10 |
| (APPLICATIONS IN FORMA PAUPERIS). | 10 |
| (NOTICE OF APPEAL FORMS). | 10 |
| (COVER SHEET FORMS). | 10 |
| (MOTIONS FOR LEAVE TO FILE FORMS). | 10 |

NAME # IVAN MENDEZ        S.B.I # 453351        DATE # 05/06/2008
DATE RECEIVED # _____        PAY TO LOG # _____
DATE SENT # _____        STAFF INITIALS # _____

STAFF NOTES # _____

(PLEASE SEE THIS FORM ON THE OTHER SIDE)

D.C.C.
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX MONTHS PERIOD.

TO # MR. JOSEPH HUDSON
SUPPORT SERVICES MANAGER
D.C.C.
SMYRNA DE. 19977

DATE # 05/06/2008

FROM # IVAN MENDEZ                               453351
         INMATE'S NAME #                          S.B.I #

——————— I HEREBY CERTIFY ———————

I AM REQUESTING A CERTIFIED STATEMENT OF MY ACCOUNT
FOR PAST SIX MONTHS PERIOD UNDER, 28 USC 1915 (A).(2).

IVAN MENDEZ
SIGNATURE #

28 USC 1746 AND 18 USC 1621

(PAGE NUMBER SIX)