{ MAY TWENTY SEVEN OF 2008
TESLA LOVES OZZY OZBOURNE
PAGE NUMBER ONE OF NINE PAGES }

05/27/2008

#I

(08-243;
08-244)

HONORABLE MASTER.

I'M WRITTING TO YOU ONCE AGAIN, NOT MEANING TO BOTHER ANY OF YOUR TIME BUT I'M SENDING TO YOU THE TWO INMATE ACCOUNT STATEMENTS OF THE PAST SIX MONTHS PERIOD, THAT THANK'S I GAVE IT TO GOD THAT THIS TIME IT DOESN'T TOOK EIGHT, NINE OR TEN OR NEVER FOR ME TO OBTAIN AT LEAST ONE INMATE ACCOUNT STATEMENT AS YOU KNOWIT TOO ALL ABOUT IT, AND THIS ARE FOR THE LEGAL FORMS#

MENDEZ VS. REED, 1:08-CV-243, US. DISTRICT COURT OF DELAWARE, JUDGE MASTER MR. JOSEPH J. FARNAN JR., ENTERED ON 05/19/2008 AT 3:07 P.M, AND FILED ON 05/19/2008.

MENDEZ VS. KEMP, 1:08-CV-244, US. DISTRICT COURT OF DELAWARE, JUDGE, MASTER MR. JOSEPH J. FARNAN JR., ENTERED ON 05/19/2008 AT 3:00 P.M, AND FILED ON 05/19/2008.

AND PLEASE MASTER SEND ME THOSE AMENDMENTS REQUESTED ON MY PRIOR LETTER BEFORE THIS, SO I'LL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE.
"THANK'S FOR YOUR TIME ON THIS MATTER AND FOR YOUR CONSIDERATION"

INMATE'S NAME# IVAN MENDEZ
S.B.I NUMBER# 453351
DATE OF BIRTH# 12/04/73
JUDGE'S NAME# MR. RICHARD F. STOKES.
DATE OF SENTENCE# 06/15/2001
NUMBER OF CASE# 318-2001




(PLEASE TURN PAGE TO OTHER SIDE)

I/M Evan Mendez
SBI# 453351 UNIT S. H. U. #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.59
02 1 A
000 4608975 MAY 27 20
MAILED FROM ZIP CODE 19

U.S. District Court
844 North, King Street
lockbox # 18
Wilmington Delaware.
19801

U.S.M.S.
X-RAY

19801$3519 C012

MAN 1WENTY SEVEN 08-2008 05/27/2008

FRANCIS COPPOLLA LOVES PAMELA ANDERSON M.
PAGE NUMBER SIX OF NINE PAGES

#VI

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

08-244 (JJF)

TO: Ivan Mendez SBI#: 453351

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: May 22, 2008

FILED
MAY 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP Scanned

---

*Attached are copies of your inmate account statement for the months of* November 1, 2007 *to* April 30, 2008.

*The following indicates the average daily balances.*

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Nov | (-9.55) |
| Dec | (-9.55) |
| Jan | (-9.55) |
| Feb | (-9.55) |
| March | (-9.55) |
| April | (-9.55) |

**Average daily balances/6 months:** (-9.55)

*Attachments*
*CC: File*

Stacy Shane 5/22/08

Jeanette L. Hawk 5/22/08

(PLEASE TURN PAGE TO OTHER SIDE)

# Individual Statement
## From November 2007 to April 2008

Date Printed: 5/22/2008



| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | |

**Current Location:** 18

**Comments:** QOLP2

**Beginning Month Balance:** ($9.55)

**Ending Month Balance:** ($9.55)

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 11/8/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 511940 | | 10/17/07 | |
| Supplies-MailPosta | 11/8/2007 | $0.00 | $0.00 | ($1.23) | ($9.55) | 511953 | | 10/19/07 | |
| Supplies-MailPosta | 11/8/2007 | $0.00 | $0.00 | ($1.23) | ($9.55) | 511981 | | 10/18/07 | |
| Supplies-MailPosta | 11/9/2007 | $0.00 | $0.00 | ($3.82) | ($9.55) | 512040 | | INDIGENT 10/29/07 | |
| Supplies-MailPosta | 11/9/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 512307 | | 10/19/07 | |
| Supplies-MailPosta | 11/9/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 512308 | | 10/19/07 | |
| Supplies-MailPosta | 11/13/2007 | $0.00 | $0.00 | ($2.73) | ($9.55) | 512852 | | 10/25/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 519954 | | 11/20/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 520146 | | 10/29/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($1.23) | ($9.55) | 520152 | | 10/30/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.58) | ($9.55) | 520181 | | 11/4/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.82) | ($9.55) | 520200 | | 11/5/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.58) | ($9.55) | 520205 | | 11/6/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($1.57) | ($9.55) | 520280 | | 11/12/07 | |
| Supplies-MailPosta | 12/11/2007 | $0.00 | $0.00 | ($3.82) | ($9.55) | 526347 | | INDIGENT 12/3/07 | |
| Supplies-MailPosta | 12/20/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 530857 | | 11/29/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.85) | ($9.55) | 538030 | | 12/11/07 | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 545945 | | 1/3/08 | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 545964 | | 1/2/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.58) | ($9.55) | 548184 | | 1/4/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.75) | ($9.55) | 548376 | | 1/11/08 | |
| Supplies-MailPosta | 2/5/2008 | $0.00 | $0.00 | ($0.78) | ($9.55) | 552266 | | 1/8/08 | |
| Supplies-MailPosta | 2/14/2008 | $0.00 | $0.00 | ($3.82) | ($9.55) | 556363 | | INDIGENT 2/6/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 559481 | | 1/22/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 559482 | | 1/22/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 559483 | | 1/22/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($1.23) | ($9.55) | 560121 | | 1/23/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 560188 | | 1/16/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($1.55) | ($9.55) | 563026 | | 2/25/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.58) | ($9.55) | 563054 | | 1/30/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 563055 | | 1/28/08 | |

MAY TWENTY SEVEN OF 2008 — 05/27/2008

HELEN MUNTAN LOVES ANNA FLORES
PAGE NUMBER EIGHT OF NINE PAGES

#VIII

# Individual Statement

## From November 2007 to April 2008

Date Printed: 5/22/2008



| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | |

Current Location: 18

Comments: QOLP2

Beginning Month Balance: ($9.55)

Ending Month Balance: ($9.55)

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 563057 | | 1/31/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 563059 | | 1/29/08 | |
| Supplies-MailPosta | 3/11/2008 | $0.00 | $0.00 | ($3.82) | ($9.55) | 568688 | | INDIGENT SUPPLIES | |
| Legal | 3/12/2008 | $0.00 | $0.00 | ($28.71) | ($9.55) | 569472 | | FEB 2008 | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 570083 | | 2/14/08 | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($0.82) | ($9.55) | 570084 | | 2/13/08 | |
| Supplies-MailPosta | 3/18/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572094 | | 2/26/08 | |
| Supplies-MailPosta | 3/18/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572095 | | 2/26/08 | |
| Supplies-MailPosta | 3/18/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572156 | | 2/22/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572893 | | 3/12/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572896 | | 3/13/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572971 | | 2/28/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($1.23) | ($9.55) | 572972 | | 2/28/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572990 | | 2/27/08 | |
| Supplies-MailPosta | 3/20/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 573650 | | 3/18/08 | |
| Supplies-MailPosta | 3/24/2008 | $0.00 | $0.00 | ($3.82) | ($9.55) | 574221 | | INDIGENT 12/31/07 | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 580245 | | 3/10/08 | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 580248 | | 3/11/08 | |
| Supplies-MailPosta | 4/7/2008 | $0.00 | $0.00 | ($3.82) | ($9.55) | 581440 | | INDIGENT 3/31/08 | |
| Supplies-MailPosta | 4/17/2008 | $0.00 | $0.00 | ($0.60) | ($9.55) | 587833 | | 4/13/08 | |
| Supplies-MailPosta | 4/17/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 587845 | | 4/11/08 | |
| Supplies-MailPosta | 4/17/2008 | $0.00 | $0.00 | ($1.65) | ($9.55) | 587883 | | 4/14/08 | |
| Supplies-MailPosta | 4/21/2008 | $0.00 | $0.00 | ($1.65) | ($9.55) | 588917 | | 3/18/08 | |
| Supplies-MailPosta | 4/21/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 589002 | | 3/21/08 | |
| Supplies-MailPosta | 4/21/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 589003 | | 3/20/08 | |
| Supplies-MailPosta | 4/22/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 590065 | | 3/29/08 | |
| Supplies-MailPosta | 4/22/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 590066 | | 3/28/08 | |
| Supplies-MailPosta | 4/22/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 590067 | | 3/29/08 | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($0.55) | ($9.55) | 594887 | | 4/23/08 | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($2.50) | ($9.55) | 594934 | | 4/22/08 | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($0.70) | ($9.55) | 594950 | | 4/18/08 | |

(PLEASE TURN PAGE TO OTHER SIDE)

MAY 20TH OF 2008 05/27/2008

# IX

IRON MAIDEN LOVES KRISTY ALLEN M.

PAGE. NUMBER NINE OF NINE PAGES

Date Printed: 5/22/2008

# Individual Statement
## From November 2007 to April 2008



| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | Beginning Month Balance: | ($9.55) |
| Current Location: 18 | | Comments: QOLP2 | | | Ending Month Balance: | ($9.55) |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Ending Month Balance: | ($9.55) | | | | |

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Legal Hold: ($28.71)

Total Amount Currently on Restitution Hold: $0.00

Total Amount Currently on Other Hold: ($566.06)

(PLEASE TURN PAGE TO OTHER SIDE)

MAY TWENTY SEVEN OF 2008 05/27/2008

{ METTALLICA LOVES DREW BARRYMORE
PAGE NUMBER TWO OF NINE PAGES }

#II

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

08-243(JJF)

*TO:* Ivan Mendez *SBI#:* 453351

*FROM:* *Stacy Shane, Support Services Secretary*

*RE:* ***6 Months Account Statement***

*DATE:* May 22, 2008




*Attached are copies of your inmate account statement for the months of* November 1, 2007 *to* April 30, 2008.

*The following indicates the average daily balances.*

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Nov | (-9.55) |
| Dec | (-9.55) |
| Jan | (-9.55) |
| Feb | (-9.55) |
| March | (-9.55) |
| April | (-9.55) |

***Average daily balances/6 months:*** (-9.55)

*Attachments*
*CC: File*

Stacy Shane 5/22/08

Jeanette L. Haney

(PLEASE TURN PAGE TO OTHER SIDE)

MAY TWENTY SEVEN 2008 05/27/2008

EXODUS LOVES COURTNEY CORRIN
PAGE NUMBER THREE OF NINE PAGES

#III

Date Printed: 5/22/2008

# Individual Statement
## From November 2007 to April 2008



| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | Beginning Month Balance: | ($9.55) |
| Current Location: 18 | | Comments: QOLP2 | | | Ending Month Balance: | ($9.55) |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 11/8/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 511940 | | 10/17/07 | |
| Supplies-MailPosta | 11/8/2007 | $0.00 | $0.00 | ($1.23) | ($9.55) | 511953 | | 10/19/07 | |
| Supplies-MailPosta | 11/8/2007 | $0.00 | $0.00 | ($1.23) | ($9.55) | 511981 | | 10/18/07 | |
| Supplies-MailPosta | 11/9/2007 | $0.00 | $0.00 | ($3.82) | ($9.55) | 512040 | | INDIGENT 10/29/07 | |
| Supplies-MailPosta | 11/9/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 512307 | | 10/19/07 | |
| Supplies-MailPosta | 11/9/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 512308 | | 10/19/07 | |
| Supplies-MailPosta | 11/13/2007 | $0.00 | $0.00 | ($2.73) | ($9.55) | 512852 | | 10/25/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 519954 | | 11/20/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 520146 | | 10/29/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($1.23) | ($9.55) | 520152 | | 10/30/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.58) | ($9.55) | 520181 | | 11/4/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.82) | ($9.55) | 520200 | | 11/5/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.58) | ($9.55) | 520205 | | 11/6/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($1.57) | ($9.55) | 520280 | | 11/12/07 | |
| Supplies-MailPosta | 12/11/2007 | $0.00 | $0.00 | ($3.82) | ($9.55) | 526347 | | INDIGENT 12/3/07 | |
| Supplies-MailPosta | 12/20/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 530857 | | 11/29/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.85) | ($9.55) | 538030 | | 12/11/07 | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 545945 | | 1/3/08 | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 545964 | | 1/2/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.58) | ($9.55) | 548184 | | 1/4/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.75) | ($9.55) | 548376 | | 1/11/08 | |
| Supplies-MailPosta | 2/5/2008 | $0.00 | $0.00 | ($0.78) | ($9.55) | 552266 | | 1/8/08 | |
| Supplies-MailPosta | 2/14/2008 | $0.00 | $0.00 | ($3.82) | ($9.55) | 556363 | | INDIGENT 2/6/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 559481 | | 1/22/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 559482 | | 1/22/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 559483 | | 1/22/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($1.23) | ($9.55) | 560121 | | 1/23/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 560188 | | 1/16/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($1.55) | ($9.55) | 563026 | | 2/25/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.58) | ($9.55) | 563054 | | 1/30/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 563055 | | 1/28/08 | |

(PLEASE TURN PAGE TO OTHER SIDE)

# Individual Statement
## From November 2007 to April 2008

Date Printed: 5/22/2008



| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | Beginning Month Balance: | ($9.55) |
| Current Location: 18 | | Comments: QOLP2 | | | Ending Month Balance: | ($9.55) |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 563057 | | 1/31/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 563059 | | 1/29/08 | |
| Supplies-MailPosta | 3/11/2008 | $0.00 | $0.00 | ($3.82) | ($9.55) | 568688 | | INDIGENT SUPPLIES | |
| Legal | 3/12/2008 | $0.00 | $0.00 | ($28.71) | ($9.55) | 569472 | | FEB 2008 | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 570083 | | 2/14/08 | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($0.82) | ($9.55) | 570084 | | 2/13/08 | |
| Supplies-MailPosta | 3/18/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572094 | | 2/26/08 | |
| Supplies-MailPosta | 3/18/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572095 | | 2/26/08 | |
| Supplies-MailPosta | 3/18/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572156 | | 2/22/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572893 | | 3/12/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572896 | | 3/13/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572971 | | 2/28/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($1.23) | ($9.55) | 572972 | | 2/28/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572990 | | 2/27/08 | |
| Supplies-MailPosta | 3/20/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 573650 | | 3/18/08 | |
| Supplies-MailPosta | 3/24/2008 | $0.00 | $0.00 | ($3.82) | ($9.55) | 574221 | | INDIGENT 12/31/07 | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 580245 | | 3/10/08 | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 580248 | | 3/11/08 | |
| Supplies-MailPosta | 4/7/2008 | $0.00 | $0.00 | ($3.82) | ($9.55) | 581440 | | INDIGENT 3/31/08 | |
| Supplies-MailPosta | 4/17/2008 | $0.00 | $0.00 | ($0.60) | ($9.55) | 587833 | | 4/13/08 | |
| Supplies-MailPosta | 4/17/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 587845 | | 4/11/08 | |
| Supplies-MailPosta | 4/17/2008 | $0.00 | $0.00 | ($1.65) | ($9.55) | 587883 | | 4/14/08 | |
| Supplies-MailPosta | 4/21/2008 | $0.00 | $0.00 | ($1.65) | ($9.55) | 588917 | | 3/18/08 | |
| Supplies-MailPosta | 4/21/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 589002 | | 3/21/08 | |
| Supplies-MailPosta | 4/21/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 589003 | | 3/20/08 | |
| Supplies-MailPosta | 4/22/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 590065 | | 3/29/08 | |
| Supplies-MailPosta | 4/22/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 590066 | | 3/28/08 | |
| Supplies-MailPosta | 4/22/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 590067 | | 3/29/08 | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($0.55) | ($9.55) | 594887 | | 4/23/08 | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($2.50) | ($9.55) | 594934 | | 4/22/08 | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($0.70) | ($9.55) | 594950 | | 4/18/08 | |

{ DREW BARRYMORE LOVES SLAYER
PAGE NUMBER FOUR OF NINE PAGES }

#IV

(PLEASE TURN PAGE TO OTHER SIDE)

# Individual Statement
## From November 2007 to April 2008

Date Printed: 5/22/2008



| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | |

**Beginning Month Balance:** ($9.55)

**Ending Month Balance:** ($9.55)

**Current Location:** 18 **Comments:** QOLP2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Ending Month Balance: | ($9.55) | | | | |

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Legal Hold:** ($28.71)

**Total Amount Currently on Restitution Hold:** $0.00

**Total Amount Currently on Other Hold:** ($566.06)

May 14th Tuesday of 2008 05/27/2008

ENYA loves Harley Davidson

PAGENUMBER FIVE OF NINE PAGES

#V

(Please Turn pages to other side)

I/M Ivan Mendez
SBI# 453351 UNIT S.H.U. #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977




U.S. District Court
844 North, King Street
lockbox # 18
Wilmington Delaware.
19801

U.S.M.S.
X-RAY

19801$3519 C012