*{ BETTSY THE BUNNY LOVES ELLEN DEGENERES*
*PAGE NUMBER TWO OF THREE 3 PAGES }*

06/29/2008

#II

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IVAN L. MENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-243-JJF |
| | ) |
| LATISHA M. REED, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Ivan L. Mendez, SBI #453351 request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _JUNE 29 OR_, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _JUNE 29 OR_, 2008.

_Ivan Mendez_
Signature of Plaintiff

**FILED**
JUL - 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

( PLEASE TURN THIS PAGE TO THE OTHER SIDE )